1116

## Jess CARMICHAEL v. STATE.
### No. 14055.

Court of Criminal Appeals of Texas.

March 18, 1931.

D. T. Moore, of Aquilla, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for unlawfully carrying a pistol; punishment, a fine of $100.

The record is before us without bills of exception or complaints of procedure. The only matter presented is the sufficiency of the testimony. Examining the facts, we observe that appellant himself admitted that he carried the pistol in question; his defense being that he had it for the purpose of protecting himself against an attack which he thought was going to be made upon him. The issue thus raised was submitted to the jury. They have solved same adversely to appellant.

No error appearing, the judgment will be affirmed.

## Leonard COURSEY v. STATE.
### No. 14162.

Court of Criminal Appeals of Texas.

March 4, 1931.

W. M. Tucker, of Wellington, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, two years and six months in the penitentiary.

We find in this record an affidavit in due form made by the appellant requesting that his appeal be dismissed. The request is granted.

The appeal is dismissed.

HAWKINS, J., not sitting.

## J. H. DOWDY v. STATE.
### No. 14323.

Court of Criminal Appeals of Texas.

March 25, 1931.

B. L. Palmer, J. R. Hill, and H. J. Bernard, all of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is embezzlement; penalty, confinement in the penitentiary for a period of two years.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

## J. H. DOWDY v. STATE.
### No. 14324.

Court of Criminal Appeals of Texas.

March 25, 1931.

H. J. Bernard, J. R. Hill, and B. L. Palmer, all of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for embezzlement; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Harold HENRY v. STATE.
### No. 14208.

Court of Criminal Appeals of Texas.

March 18, 1931.

D. A. Puckett, of Houston, for appellant.

O'Brien Stevens, Crim. Dist. Atty., of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for unlawfully carrying a pistol; punishment thirty days in the county jail.

The record is here without statement of facts or bills of exception. The indictment appears to conform to the law, and, no error appearing, the judgment will be affirmed.